**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,

     **Plaintiff**

       **v.**                                    **CRIMINAL NO.** 05-0176(JAG)

ALEXIS HERNANDEZ-VILLA
     **Defendant(s)**

**ORDER**

    The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed.  Upon review of the record, the Court adopts the Report and Recommendation.


    IT IS SO ORDERED.

    In San Juan, Puerto Rico, this 30th day of September, 2005.


                         S/Jay A. Garcia-Gregory
                         JAY A. GARCIA-GREGORY
                         United States District Judge